**CHIEF JUSTICE**
 ROGELIO VALDEZ

**JUSTICES**
 NELDA V. RODRIGUEZ
 DORI CONTRERAS GARZA
 GINA M. BENAVIDES
 GREGORY T. PERKES
 NORA L. LONGORIA

**CLERK**
 DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 13, 2014

Hon. Joel Vale Jr.
818 W. Pecan Blvd.
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Noe Robles
Law Office of Noe Robles
23331 N. Tamm Lane
Brownsville, TX 78552
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00536-CV
Tr.Ct.No. 2012-DCL-7930-I
Style:    Joey Eddeek d/b/a Joe's Quick Stop #2 v. Wright Fuel Distributors, LLC

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    445th District Court (DELIVERED VIA E-MAIL)
       Hon. Aurora De La Garza, Cameron County District Clerk (DELIVERED VIA E-MAIL)
       Hon. Charles C. Murray (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
        (DELIVERED VIA E-MAIL)